**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**SPENCER ROGERS,**

    **Plaintiff,**

vs.                             **CASE NO.:  1:16-CV-04421-TCB**

**D.W. SANDERS CERAMIC**
**TILE & STONE**
**CONTRACTING, INC. ,**

    **Defendant.**

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, SPENCER ROGERS, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), files his Notice of Voluntary Dismissal With Prejudice against Defendant.

Dated this 23rd day of December, 2016.

                                                    **s/ADIAN MILLER**
                                                    Adian R. Miller, Esquire
                                                    Georgia Bar No.:  794647
                                                    Email: ARMiller@forthepeople.com
                                                    Carlos V. Leach, Esq.
                                                    Ga. Bar No.:  488443
                                                    E-mail: CLeach@forthepeople.com
                                                    **Morgan & Morgan, P.A.**
                                                      P.O. Box 57007
                                                    Atlanta, GA 30343-1007
                                                    Telephone: (404) 965-8811
                                                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a true and correct copy of the foregoing was filed this 23rd day of December, 2016, with the Clerk of Court using the CM/ECF system and a copy of same was sent via U.S. Mail to Defendant D.W. SANDERS CERAMIC TILE & STONE CONTRACTING, INC. 1710 Cumberland Point Dr, Ste # 3, Marietta, GA, 30067.

                                            **s/ Carlos V. Leach**
                                            **Carlos V. Leach, Esq.**